# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2020 KW 0432

VERSUS

RANELL JOSEPH                                    **AUGUST 03, 2020**

---

In Re:    Ranell Joseph, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 03-12-1055.

---

**BEFORE:    HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

    **WRIT DENIED.**

                                      **TMH**
                                      **AHP**
                                      **WIL**

COURT OF APPEAL, FIRST CIRCUIT

---
DEPUTY CLERK OF COURT
    FOR THE COURT